IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JIMMY ASHLEY**                                                                                          **PLAINTIFF**

v.                                       **CASE NO. 3:10CV00063 BSM**

**DALE HAAS et al.**                                                                                     **DEFENDANTS**

## JUDGMENT

Pursuant to the joint stipulation filed on April 15, 2011, this case is hereby dismissed with prejudice.

Dated this 18th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE